# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE LAVON KEYS, #13222-040, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) Case No. 19−cv−94−NJR ) |
| WARDEN WERLICH, | ) ) ) |
| Respondent. | ) |

# **MEMORANDUM AND ORDER**

**ROSENSTENGEL, District Judge:**

Petitioner Tyrone Lavon Keys, who is currently incarcerated in the Federal Correctional Institution in Greenville, Illinois ("Greenville"), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Keys, who was sentenced under the Armed Career Criminal Act (ACCA), seeks to challenge his sentence under *Mathis v. United States*, 136 S. Ct. 2243 (2016), and related case law. Relying on *United States v. Ritchey,* 840 F.3d 310 (6th Cir. 2016), Keys asserts that his prior conviction for breaking and entering under Michigan law no longer qualifies as an ACCA predicate offense. Additionally, Keys argues that he is entitled to immediate release.

Without commenting on the merits of Keys's claims, the Court concludes that the Petition survives preliminary review under Rule 4 and Rule 1(b). **Further, in light of Keys's allegations regarding entitlement to immediate release, an expedited response period will be prescribed**.

## **Pending Motions**

Keys's Expedited Motion for Hearing (Doc. 2) is **DENIED** without prejudice. The Court will evaluate whether a hearing is necessary at a later date. The Court **DEFERS** ruling on Keys's

Motion for Immediate Release (Doc. 7).

**Disposition**

**IT IS HEREBY ORDERED** that Respondent Werlich shall answer or otherwise plead on or before **April 19, 2019**.[1] This preliminary order to respond does not, of course, preclude the Government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that this entire matter shall be **REFERRED** to United States Magistrate Judge Clifford J. Proud for disposition, as contemplated by Administrative Order No. 132, Local Rule 72.2(b)(3), and 28 U.S.C. § 636(c)(1), *should all the parties consent to such a referral.*

Keys is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification must be done in writing and no later than 7 days after a transfer or other change in address occurs. Failure to provide notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**Dated: April 3, 2019**

*[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

[1] The response date ordered here is controlling. Any date that the Case Management/Electronic Case Filing ("CM/ECF") system should generate during this litigation is a guideline only. *See* SDIL-EFR 3.